| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>JENKINS & CLAYMAN<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Defendant | |
| In Re:<br><br>Raymond Zane<br><br>debtor(s) | Case No.: _____20-23044_____<br><br>Adv. No.: _____21-01036_____<br><br>Hearing Date: _____<br><br>Judge: _____ABA_____ |

## CERTIFICATION OF SERVICE

1. I, _____Kevin Fontanilla_____ :

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for _____Eric J Clayman_____, who represents the Bagur Construction LLC, Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On ___February 23, 2021___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Defendant's Answer to Plaintiff's Complaint to Avoid and Recover Fraudulent Transfers Pursuant to 11 U.S.C. §§544, 548, and 550

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __February 23, 2021__                    /s/ Kevin Fontanilla
                                                 Signature

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Maureen P. Steady<br>c/o Jeffrey Kurtzman, Esquire<br>Kurtzman Steady LLC<br>2 Kings Highway West, Suite 102<br>Haddonfield, New Jersey 08033<br>kurtzman@kurtzmansteady.com | Chapter 7 Trustee/Plaintiff | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>　(as authorized by the court *) |
| Empire TF7 Holdings, LLC<br>c/o Adam Greenberg, Esquire<br>Honig & Greenberg<br>1949 Berlin Road, Suite 200 Cherry Hill, New Jersey 08003-3737<br>agreenberg@hgllclaw.com | Co-Defendant | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>　(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>　(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>　(as authorized by the court *) |